### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| FLORENCE MAE HERNANDEZ, | ) | |
| | ) | Case Number: 17-32345 |
| LAKEWOOD FALLS COMMUNITY | ) | Chief Judge Pamela S. Hollis |
| ASSOCIATION, INC., | ) | Bankruptcy - Chapter 13 |
| an Illinois Not-For-Profit Corporation, | ) | |
| | ) | |
| Creditor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLORENCE MAE HERNANDEZ, | ) | |
| Debtor. | ) | |

## AGREED ORDER

THIS CAUSE having come before the Court on Creditor, LAKEWOOD FALLS COMMUNITY ASSOCIATION INC.'s Motion for Relief from Stay, and the Court being duly advised on the premises,

IT IS HEREBY ORDERED:

1. Debtor shall cure the remaining post-petition default balance in the amount $153.00 by March 31, 2018.

2. Debtor shall make "timely" post-petition monthly assessment payments directly to the Creditor beginning with the first monthly assessment payment due April 1, 2018, and continuing monthly thereafter for the pendency of the bankruptcy.

3. That payments are considered "timely" if they are received in the office of the Creditor on or before the 15th day of the month in which they are due.

4. That if the Creditor fails to receive two "timely" post-petition monthly assessment payments, the stay shall be automatically modified as to the Creditor, its principals, agents, successors and/or assigns as to the property securing its interest fourteen (14) calendar days after mailing notification to the Debtor and her attorney, unless during that period the Debtor shall tender certified funds to bring the post-petition assessment payments current.

5. In the event that the Creditor should have to send out any Notices of Default, the Debtor shall have to pay an extra $100.00 per notice, as additional attorney's fees, in addition to whatever funds are needed to cure the default and that said additional funds must be included in the tender to bring the post-petition assessment payments current.

ENTERED:

_____

JUDGE:

_____

Agreed to this 23rd day of March, 2018

_____
Attorney for Creditor

_____
Attorney for Debtor

Prepared by:
Dawn L. Moody
KEOUGH AND MOODY, P.C.
Attorney Number 06283567
Attorney for Creditor
114 East Van Buren
Naperville, IL 60540
(630) 369-2700

X:\client\Lakewood Falls\Collections\Hernandez, Florence\BK\Agreed Order - Draft.wpd